UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-372JLR |
| Plaintiff, | ORDER |
| v. | |
| JOUSUEA JAMES WILLIAMS, | |
| Defendant. | |

Before the court is Defendant Jousuea James Williams's reply to Plaintiff United States of America's (the "Government") response to Mr. Williams' November 23, 2022 letter to the court, which appears on the docket as a motion for compassionate release. (*See* Reply (Dkt. # 48); *see also* Mot. (Dkt. # 46).) Mr. Williams filed the letter *pro se*, indicating his intent for the letter to support a forthcoming motion for compassionate release. (*See* Mot. at 1.) Mr. Williams, through counsel, now asks the court either to strike his letter or, if the court wishes to treat Mr. Williams's letter as a motion for compassionate release, to deny the motion without prejudice. (*See* Reply at 1-2.) Mr.

ORDER - 1

1   Williams indicates that he intends to file a fully briefed motion for compassionate release
2   with the assistance of counsel.  (*Id*. at 1.)
3        The court GRANTS Mr. Williams's request for relief (*see* Dkt. # 48) and DENIES
4   his motion (Dkt. # 46) without prejudice.
5        Dated this 16th day of December, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2