UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOUSUEA JAMES WILLIAMS,<br><br>      Defendant. | CASE NO. CR10-0372JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Jousuea James Williams's motion for compassionate release. (Mot. (Dkt. # 50).) Plaintiff the United States of America opposes the motion. (Resp. (Dkt. # 51).) While his motion was pending, Mr. Williams was released from

MINUTE ORDER - 1

custody. Because Mr. Williams is no longer in federal custody, the court DENIES Mr. Williams's motion (Dkt. # 50) as MOOT.

Filed and entered this 31st day of January, 2023.

        RAVI SUBRAMANIAN
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk

MINUTE ORDER - 2